IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18MJ 64

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                           )<br>)<br>EVELYN P. MACK,                    )<br>d/b/a EVELYN MACK ACADEMY )<br>) | UNDER SEAL<br>**ORDER TO SEAL THE COMPLAINT** |

FILED
CHARLOTTE, NC
FEB 28 2018
US District Court
Western District of NC

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an Order directing that the Complaint, Affidavit, Motion to Seal, this Order, and any other case documents be sealed to protect the secrecy of the ongoing nature of the investigation in this matter until further Order of this Court,

**IT IS HEREBY ORDERED** that the Complaint, Affidavit, Motion to Seal, this Order, and any other case documents be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 28th day of February, 2018.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE